UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BREAKTHROUGH REALTY           *           CIVIL ACTION
UNLIMITED, LLC

VERSUS                        *           NO: 06-2420

HATTIE KEYS MINOR, ET AL      *           SECTION: "D"(2)


**ORDER AND REASONS**

Before the court is the **"Petition for Preliminary Injunctive Relief/Stay Order"** filed by Defendant/Counter-claimant, Hattie Keys Minor. Standard Mortgage Corporation filed a memorandum in opposition. The petition, set for hearing on Wednesday, December 6, 2006, is before the court on briefs, without oral argument. Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the **"Petition for Preliminary Injunctive Relief/Stay Order"** should be denied.

Hattie Minors seeks a Preliminary Injunctive Relief/Stay Order, prohibiting Standard Mortgage from implementing or continuing foreclosure proceedings on the property located at 2327 Conti Street, New Orleans, the ownership of which is contested in this civil action. Standard Mortgage represents that it holds a

mortgage on this subject property and is the holder of a promissory note in the amount of $44,050.00, executed by Hattie Keys Minor and Willie Lee Minor.  Further, according to Standard Mortgage, no payments have been made on the mortgage since October 1, 2005, and Standard Mortgage has now filed an action in Civil District Court for the Parish of Orleans, State of Louisiana, for executory process and a writ of seizure and sale of the mortgaged property.

Pursuant to Louisiana Code of Civil Procedure Article 2751:

> The defendant in the executory proceeding may arrest the seizure and sale of the property by injunction when the debt secured by the security interest, mortgage, or privilege is extinguished, or is legally unenforceable, or if the procedure required by law for an executory proceeding has not been followed.

La.Code Civ. Proc. Art. 2751.

Here, however, Hattie Keys Minor has failed to set forth any valid or legal ground for the injunctive relief/stay order that she seeks.  Accordingly;

**IT IS ORDERED** that the **"Petition for Preliminary Injunctive Relief/Stay Order"** filed by Hattie Keys Minor, be and is hereby **DENIED.**

New Orleans, Louisiana, this **5th** day of **December**, **2006**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

2