UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

BREAKTHROUGH REALTY            *        CIVIL ACTION
UNLIMITED, LLC

VERSUS                         *        NO: 06-2420

HATTIE KEYS MINOR, ET AL       *        SECTION: "D"(2)


                           **ORDER AND REASONS**

     Before the court is the **"Motion for Summary Judgment"** filed by Defendant Allstate Insurance Company, *as homeowner's insurer*. Allstate seeks summary judgment arguing that it "has unconditionally deposited into the Registry if the Court all sums owed for wind damage to the property at issue in this case, and has, therefore, satisfied its policy obligations." (*See* Motion at p. 1).

     The motion is set for hearing on May 9, 2007. However, in the court's Order entered on April 16, 2007 (Doc. No. 37), the court stated that it had been advised that counsel for Plaintiff (Breakthrough Realty Unlimited, LLC), and Counter-Defendant (Darlene Cook) unexpectedly passed away on March 4, 2007. Thus, the court **CONTINUED TO BE RE-SET** the **Trial** (that had been set for

July 23, 2007), the **Pre-Trial Conference** (that had been set for June 20, 2007), and all attendant cut-off dates.  Further, any pending discovery was **STAYED**.  The court also instructed the parties that it would hold a **Telephone Scheduling Conference** with counsel of record after Breakthrough Realty and Darlene Cook obtain and notify the court and all counsel of new legal representation. (*See* Order, Doc. No. 37).

Accordingly, the court **DENIES** Allstate's instant **"Motion for Summary Judgment"** at this juncture due to the unrepresentation of Breakthrough Realty and Darlene Cook.  Allstate may re-file and re-notice for hearing this motion after Breakthrough Realty and Darlene Cook obtain and notify the court and all counsel of new legal representation.  **Further, *if counsel of record for Breakthrough Realty and Darlene Cook have not enrolled within ninety (90) days of this Order*, counsel for Allstate should again bring its Motion for Summary Judgment to the court's attention.**

New Orleans, Louisiana, this **3rd** day of **May**, **2007**.

  *[signature]*
  A.J. MCNAMARA
  UNITED STATES DISTRICT JUDGE